PER CURIAM.

(No. 6803—Claimant )

DE NORMANDIE INDUSTRIAL GARMET SUPPLY COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed July 9, 1973.*

DE NORMANDIE INDUSTRIAL GARMET SUPPLY COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

PER CURIAM.